**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM DIVISION**

STEPHEN P. MITCHELL,

    Plaintiff,

vs.

              CASE NO.: 9:16-CV-80018-KAM

SUNTRUST MORTGAGE, INC. AND
SUNTRUST BANK,

    Defendants.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a dismissal with prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR PLAINTIFF

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendants represents to the Court that counsel for Plaintiff has authorized her to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| */s/George Andrews* | */s/ Alexandra de Alejo* |
| George Andrews, Esq. | Alexandra de Alejo, Esq. |
| Florida Bar No. 101124 | Florida Bar No. 43108 |
| george@fight13.com | Alexandra.dealejo@gray-robinson.com |
| Loan Lawyers, LLC | Gray Robinson, P.A. |
| 2150 S. Andrews Ave., 2nd Floor | 333 S.E. 2nd Avenue |
| Fort Lauderdale, FL 33316 | Suite 3200 |
| Telephone: (954) 523-4357 | Miami, FL 33131 |
| Facsimile: (954) 581-2786 | Telephone: (305)416-6880 |
| | Facsimile: (305)416-6887 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 3, 2017, with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

George Andrews, Esquire
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

                                                GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Alexandra.dealejo@gray-robinson.com
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: */s/ Alexandra de Alejo*
Alexandra de Alejo
Florida Bar No.: 43108
Alexandra.dealejo@gray-robinson.com
Veronica Meza
Florida Bar No.: 86151
Veronica.meza@gray-robinson.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STEPHEN P. MITCHELL,

        Plaintiff,

vs.

        **CASE NO.: 9:16-CV-80018-KAM**

SUNTRUST MORTGAGE, INC. AND
SUNTRUST BANK,

        Defendants.

_____/

### [Proposed] FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the court on the Parties' Joint Stipulation for Final Order of Dismissal with Prejudice [D.E. __]. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [D.E. __] is hereby approved, adopted, and ratified by the Court;
2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. The Clerk shall CLOSE this case and DENY any pending motions as moot;
4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F .3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in chambers in WEST PALM, Florida this ___ day of _____, 2017.

        _____
        Honorable Kenneth A. Marra
        United States District Judge

*Copies furnished to:*
Counsel of Record